UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRACY MONTGOMERY, ET AL.,

               Plaintiffs,        25-cv-6623 (JGK)

     - against -               ORDER

MELISSA AVILES-RAMOS, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 17, 2025.

SO ORDERED.

Dated:    New York, New York
          November 3, 2025

                                            John G. Koeltl
                                      United States District Judge