

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Madison Moore**
Phone: (212) 356-2097
madmoore@law.nyc.gov

November 5, 2025

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*[Handwritten annotation: Application granted. The schedule is approved. The 11/12/25 conference is canceled. /s/ JGK U.S.D.J. 11/5/25]*

Re: Montgomery v. New York City Department of Education, et. al.
    Case No: 25-cv-6623-JGK

Dear Judge Koeltl:

    I am an Assistant Corporation Counsel representing the New York City Department of Education and Maria Aviles-Ramos, in her official capacity (Collectively "Defendants") in the above-referenced action. I write jointly with Plaintiff's counsel, Rory J. Bellantoni, Esq., to provide the Court with the Parties' positions regarding the initial pre-trial conference ("IPTC") scheduled for Wednesday, November 12, 2025, at 2:30 P.M. As further explained below, the Parties respectfully request that the IPTC be adjourned *sine die*.

    As this matter is an appeal of an administrative decision centered on whether the Plaintiffs' claims for the 2019-2020 school year are time-barred by the statute of limitations and whether Defendants owed Plaintiffs a free and appropriate education ("FAPE") for the 2023-2024 school year, the Parties agree that an IPTC and/or mediation would be unnecessary. The Parties believe this matter can be resolved through motions for summary judgment based upon the certified administrative record. Both parties have received a copy of the certified record.

    In light of the foregoing, the Parties propose the following briefing schedule for the Parties' respective motions for summary judgment.

    January 12, 2026: Plaintiffs to file their motion for summary judgment;

1

March 12, 2026: Defendants to file their cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment;

April 10, 2026: Plaintiffs to file their opposition to Defendants' cross-motion and reply.

May 11, 2026: Defendants to file their reply in further support of its cross-motion, if any.

Please also find attached hereto the Parties' Joint Civil Case Management Plan and Scheduling Order. Kindly note that the Parties agree that no formal discovery is required beyond filing the certified administrative record.

Moreover, it is also respectfully submitted that because the inquiry here is not whether there are disputed issues of fact, the Rule 56.1 statements should be waived. While in IDEA actions, "the parties and the court typically style the decision as a ruling on a motion for summary judgment, [] 'the procedure is in substance an appeal from an administrative decision, not a summary judgment motion.'" *Bd. Of Educ. v. C.S.*, 990 F.3d 156, 165 (2d Cir. 2021) (quoting *M.H. v N.Y.C. Dep't of Educ.*, 685 F.3d 217, 226 (2d Cir. 2012). Because the Parties' motions will be based solely on the administrative record, the Parties jointly and respectfully request that the Court waive the submission of 56.1 statements.

Thank you for your consideration in this matter.

Very truly yours,

*Madison M. Moore*

Madison M. Moore
Assistant Corporation Counsel
Counsel for the Defendants

cc: Plaintiffs' counsel (via ECF)

2