UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRACY MONTGOMERY,

                    Plaintiff,                    25-cv-6623 (JGK)

        - against -                               ORDER

MELISSA AVILES-RAMOS, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file Local Civil Rule 56.1 Statements in connection with the plaintiff's motion for summary judgment (ECF No. 21) by **April 2, 2026.**

    The defendants shall respond to the plaintiff's motion by **April 16, 2026.** The plaintiff may reply by **April 23, 2026.**

SO ORDERED.
Dated:      New York, New York
            March 19, 2026

                                    _____
                                        John G. Koeltl
                                    United States District Judge