UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY MONTGOMERY, AS PARENT AND NATURAL GUARDIAN OF I.M., AND INDIVIDUALLY.,

Plaintiff,

-against-

MELISSA AVILES-RAMOS, ET ANO.,

Defendants.

25 CIVIL 06623 (JGK)

# <u>JUDGMENT</u>

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated July 16, 2026, the plaintiffs motion for summary judgment is denied, and the defendants' cross-motion for summary judgment is granted. Judgment entered dismissing the complaint with prejudice; accordingly, the case is dismissed.

**Dated:** New York, New York
July 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**